JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARCELLUS A. GREENE, SR., ) Case No. CV 23-10500-DDP (JPR)
         Petitioner, )
                            ) **J U D G M E N T**
     v. )
POMONA SUPERIOR COURTHOUSE, )
         Respondent. )

    Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

    IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: March 10, 2025

                                      DEAN D. PREGERSON
                                      U.S. DISTRICT JUDGE